957 A.2d 231

## LOYALSOCK TOWNSHIP AREA SCHOOL DISTRICT, Petitioner

v.

## LOYALSOCK CUSTODIAL MAINTENANCE, SECRETARIAL AND AIDE ASSOCIATION a/k/a Loyalsock Township Educational Support Professionals, PSEA/NEA, Respondent.

Supreme Court of Pennsylvania.

Sept. 24, 2008.

### *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of September, the Petition for Allowance of Appeal is **GRANTED.** The order of the Commonwealth Court is **VACATED.** The matter is **REMANDED** to the Commonwealth Court to remand to the Court of Common Pleas of Lycoming County for further consideration in light of *Westmoreland Intermediate Unit # 7 v. Westmoreland Intermediate Unit # 7 Classroom Assistants Educational Support Personnel Association, PSEA/NEA,* 595 Pa. 648, 939 A.2d 855 (2007).

Jurisdiction relinquished.